


# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Attorneys Suspended or Disbarred by the State Bar of California, | Case No.: 14-mc-01093<br>Order to Show Cause |

The Court has received notice that the following attorneys have been disbarred, suspended, or placed on the inactive list by the State Bar of California:

Suspension:
Romel Ambarchyan (Cal. Bar #245216)
Theodore Shin Lee (Cal. Bar #191848)
Edward Medina (Cal. Bar #204880)
Samuel L. Alberstadt (Cal. Bar #186402)
Kristin Kimberly Anton (Cal. Bar #118513)
Eric Hagemans Archer (Cal. Bar #075714)
David Winston Ault (Cal. Bar #044801)
Joaquin Guadalupe Avila (Cal. Bar #056484)
Marie Ann Backes (Cal. Bar #108191)
Jack Balderson, Jr. (Cal. Bar #205058)
Thomas Wayne Banks (Cal. Bar #195006)
Richard A. Bardin (Cal. Bar #036627)
Charles Steven Bargiel (Cal. Bar #063312)
George Lee Baugh III (Cal. Bar #097407)
Mark Lee Baum (Cal. Bar #195674)
Lauren Jennifer Becker (Cal. Bar #176647)
Bruce William Benson (Cal. Bar #131257)
Jeffrey Carson Bersin (Cal. Bar #089131)
Roger Harry Birks (Cal. Bar #094926)
Michael Bishop (Cal. Bar #212335)

Involuntary Inactive Enrollment:

Myava R. Escamilla (Cal. Bar #268834)
Christopher Scott Hammatt (Cal. Bar #222209)
Heather Stearns Ace (Cal. Bar #180943)
Mary Adele Mitchell (Cal. Bar #171245)
Joseph August Nappa (Cal. Bar #106103)
Carlos Francisco Negrette (Cal. Bar #134658)
Francus Joseph O'Kane,Jr. (Cal. Bar #137370)
Robert James Ohlweiler (Cal. Bar #117384)
Diane Slivochka Olsavsky (Cal. Bar #199184)
Iwo Ostoja-Lojasiewicz (Cal. Bar #244259)
Kenneth Alexander Ostrown (Cal. Bar #138562)
Lisa Monica Pierce (Cal. Bar #186379)
David Anthony Prestholt (Cal. Bar #108541)
Edward Louis Quevado (Cal. Bar #151321)
Raymond J. Ramsey (Cal. Bar #181974)
Pamela Anne Ratner (Cal. Bar #113798)
Mark Bryson Replogle (Cal. Bar #151200)
Ronald Dean Reynolds (Cal. Bar #120278)
Jennifer Leigh Ricketts (Cal. Bar #276725)
Michael Flinn Roe (Cal. Bar #118813)
David Michael Rung (Cal. Bar #135291)
John Martin Sanders (Cal. Bar #221885)
Joseph Sclafani (Cal. Bar #134026)
R. Parker Semler (Cal. Bar #147329)
Catherine Maureen Seward (Cal. Bar #261196)
Gregory David Shibley (Cal. Bar #252675)
Tina Marie Sobotta (Cal. Bar #216590)
Mark Christopher Teuton (Cal. Bar #187433)
John Anderson Thomas III (Cal. Bar #103077)
Jeffrey Mark Tillotson (Cal. Bar #139372)
Daniel Matthew Toll (Cal. Bar #106419)
Mark Edward Toth (Cal. Bar #156854)
Benjamin Isadore Tresser (Cal. Bar #161263)
Georgette Alicia Trollman (Cal. Bar #181696)
Alis Elias Troya (Cal. Bar #137908)
Alexander Warren Tucker (Cal. Bar #202794)
Velina Consuelo Underwood (Cal. Bar #171789)
William Frank Vogel (Cal. Bar #119421)
Robert Louis Volz (Cal. Bar #209704)
Kourosh Vossoughi (Cal. Bar #185644)
Barry Michael Vrevich (Cal. Bar #123999)

Elva Christense Wallace (Cal. Bar #110103)
Karen Elizabeth Watts (Cal. Bar #159317)

Pursuant to Civil Local Rule 83.3(c)(1)(a), only attorneys who are active members in good standing of the State Bar of California may be admitted to and continue membership in the bar of this Court.

Therefore, pursuant to Civil Local Rule 83.5(d), the Court hereby orders the listed attorneys to show cause in writing, within thirty (30) days of the service of this order, why they should not be suspended or disbarred from practicing in this Court. If an attorney opposes the imposition of discipline, his written response must establish one or more of the following:

(i) the procedure in the other jurisdiction was so lacking in notice or opportunity to be heard as to constitute a deprivation of due process;

(ii) there was such an infirmity of proof establishing the misconduct as to give rise to a clear conviction that the Court should not accept as final the other jurisdiction's conclusion(s) on that subject;

(iii) imposition of like discipline would result in a grave injustice; or

(iv) other substantial reasons exist so as to justify not accepting the other jurisdiction's conclusion(s).

CivLR 83.5(d). In addition, at the time the response is filed, the attorney must produce a certified copy of the entire record from the other jurisdiction or bear the burden of persuading the Court that less than the entire record will suffice. Id.

The Clerk of the Court is directed to serve a copy of this order by mail upon each of the listed attorneys at the address indicated in this Court's attorney maintenance records.

**IT IS SO ORDERED.**

Dated: September 11, 2014

Barry Ted Moskowitz
**BARRY TED MOSKOWITZ, Chief Judge**
United States District Court