Addresses different in CA State Bar Directory:

Romel Ambarchyan
505 N. Brand Blvd, Ste 800
Glendale, CA 91203

Theodore Shin Lee
Law Office of Theodore S Lee
3435 Wilshire Blvd, Ste 2615
Los Angeles, CA 90010

Edward Medina
Medina Law Group
4025 Camino Del Rio S Ste 300
San Diego, CA 92108

Samuel L. Alberstadt
1007 Jigger Ct.
Annapolis, MD 21401

Kristin Kimberly Anton
Office of the District Attorney
PO Box 121011
San Diego, CA 92112-1011

Eric Hagemans Archer
118 Northpointe Circle
Datyon, NV 89403-8508

David Winston Ault
29585 NE Owls Ln
Newberg, OR 97132

Joaquin Guadalupe Avila
Seattle University School of Law
901 12th Ave
PO Box 222000
Seattle, WA 98122

Marie Ann Backes
1531 30th St.
San Diego, CA 92102

Jack Balderson, Jr.
Balderson Law PLLC
3605 Yucca Dr. Ste 103
Flower Mound, TX 75028

Thomas Wayne Banks
Finnegan Henderson etal LLP
55 Cambridge Pky
Cambridge, MA 02142

Richard A. Bardin
Fulwider Patton et al LLP
6060 Center Dr 10FL
Los Angeles, CA 90045

Charles Steven Bargiel
1600 Garden St Apt 22
Santa Barbara, CA 93101

George Lee Baugh, III
Law Offices of George L. Baugh
180 N Joy St
Corona, CA 92879

Lauren Jennifer Becker
12610 Riata Trace Pkwy # 834
Austin, TX 78727

Bruce William Benson
1347 Calle Calma
Henderson, NV 89012

Jeffrey Carson Bersin
1888 Greenfield Ave #101
Los Angeles, CA 90025

Roger Harry Birks
Birks Properties LLC
12549 Carmel Canyon Rd
San Diego, CA 92130

Michael Bishop
Law Office of Michael Bishop
1368 Poinsettia Ave Ste H
Vista, CA 92081

Myava R. Escamilla
Professional Law Group APC
171 S Anita Dr Ste 104
Orange, CA 92868

Christopher Scott Hammatt
Law Offc Christopher S. Hammatt
23555 Karen Pl
Murrieta, CA 92562

Heather Stearns Ace
Life Technologies
5791 Van Allen Way
Carlsbad, CA 92008

Mary Adele Mitchell
Law Office of Mary Nikita Mitchell
11622 El Camino Real #100
San Diego, CA 92130

Joseph August Nappa
Law Office of Joseph A Nappa
119 1/2 8th St
Huntington Beach, CA 92648

Carlos Francisco Negrete
LAW OFFICES OF CARLOS F. NEGRETE
27442 Calle Arroyo
San Juan Capistrano, CA 92675

Francis Joseph O/Kane, Jr.
The O'Kane Law Firm
4110 Cahuenga Blvd
Toluca Lake, CA 91602

Robert James Ohlweiler
728 Monterey Ave
Chula Vista, CA 91910

Diane Slivochka Olsavsky
Deloitte Tax, LLP 8th FL
2 World Financial Centre
New York, NY 10281-1014

Iwo Ostoja-Lojasiewicz
PO Box 120806
San Diego, CA 92112

Kenneth Alexander Ostrown
Law Offices of Kenneth A. Ostrow
848 N Mansfield Ave
Los Angeles, CA 90038

Lisa Monica Pierce
8700 Pershing Dr Apt 5205
Playa del Rey, CA 90293

David Anthony Prestholt
Attorney at Law
5060 Robert J Matthews Pkwy, Ste 110
El Dorado Hills, CA 95762

Edward Louis Quevedo
Presidio Graduate School
36 Lincoln Blvd
San Francisco, CA 94129

Raymond J. Ramsey
PO BOX 20427
Castro Valley, CA 94546

Pamela Anne Ratner
Ofc Attorney General
P O Box 85266
San Diego, CA 92186-5266

Mark Bryson Replogle
301 S Signal Butte Rd
Lot 730
Apache Junction, AZ 85120

Ronald Dean Reynolds
269 S Beverly Dr Ste 100
Beverly Hills, CA 90212

Jennifer Leigh Ricketts
3895 Clairemont Dr Ste 101
San Diego, CA 92117

Michael Flinn Roe
Law Offices of Michael F. Roe
100 Illinois St Ste 200
Saint Charles, IL 60174

David Michael Rung
12005 Rocoso Rd
Lakeside, CA 92040-1039

John Martin Sanders
PO Box 1616
Poway, CA 92074

Joseph Sclafani
Law Offices Joseph Sclafani
9025 Wilshire Blvd Penthouse
Beverly Hills, CA 90211

R Parker Semler
Semler & Associates, P.C.
1775 Sherman St Ste 2015
Denver, CO 80203

Catherine Maureen Seward
483 Roosevelt Ave.
Freeport, NY 11520

Gregory David Shibley
Law Office of Gregory D. Shibley
419 19th St
San Diego, CA 92102

Tina Marie Sobotta
4221 Taos Dr
San Diego, CA 92117

Mark Christopher Teuton
TEUTON LAW FIRM
19700 Fairchild Ste 120
Irvine, CA 92612

John Anderson Thomas III
San Diego Public Defender
450 B St Ste 900
San Diego, CA 92101

Jeffrey Mark Tillotson
Lynn Tillotson Pinker & Cox LLP
2100 Ross Ave, Ste 2700
Dallas, TX 75201

Daniel Matthew Toll
16653 Calneva Dr
Encino, CA 91436

Mark Edward Toth
Manpower Inc/Legal Dept
100 Manpower Pl
Milwaukee, WI 53212

Benjamin Isadore Tresser
3475 Springhill Rd
Lafayette, CA 94549

Georgette Alicia Trollman
PO Box 602132
San Diego, CA 92160

Alis Elias Troya
Law Office of Alis E. Troya
181 Avenida La Pata
San Clemente, CA 92673

Alexander Warren Tucker
Law Office of Alexander Tucker
181 Rea Ave Suite F
El Cajon, CA 92020

Velina Consuelo Underwood
PO Box 862
Gualala, CA 95445

William Frank Vogel
Law Office of William F Vogel
6741 Van Nuys Blvd Ste 206
Van Nuys, CA 90405

Robert Louis Volz
2500 Medallion Dr Apt 59
Union City, CA 94587

Kourosh Vossoughi
The Active Network Inc.
10182 Telesis Ct #300
San Diego, CA 92121

Barry Michael Vrevich
Vrevich & Associates, APC
140 Encinitas Blvd Ste 155
Encinitas, CA 92024

Elva Christense Wallace
Law Ofc Elva C Wallace
700 W La Veta Ave #O-17
Orange, CA 92868

Karen Elizabeth Watts
4490 New Jersey St.
San Diego, CA 92116