# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Attorneys Suspended or Disbarred by the State Bar of California, <br><br> (Attorney Barry Michael Vrevich, Cal. Bar #123999) | Case No. 14mc1093 <br><br> **ORDER OF SUSPENSION** |

On September 16, 2014, the Court issued an Order to Show Cause why specified attorneys, including Barry Michael Vrevich, should not be suspended or disbarred from practicing in the Southern District of California. The OSC was issued pursuant to Civil Local Rule 83.5.d, because it appeared that these attorneys had been disbarred, suspended, or placed on the inactive list by the State Bar of California.

On September 29, 2014, Mr. Vrevich filed a response to the OSC. In his response, Mr. Vrevich explains that he was placed on "not eligible to practice" status by the State Bar of California because he did not comply with his MCLE requirement. Mr. Vevrich further explains that he is the process of completing a modified MCLE compliance plan and will apply for reinstatement with the State Bar upon completing the plan.

Continuing membership in the bar of this Court is limited to attorneys of good moral character who are active members in good standing of the State Bar of California. Civ.L.R 83.3.c.1.a. Mr. Vrevich has been suspended by the State Bar of California. Accordingly, Mr. Vrevich is suspended from membership in the bar of this Court. If Mr. Vrevich successfully completes his modified MCLE compliance plan and is reinstated to the State Bar of California, he may seek reinstatement to the bar of this Court by filing a petition with the Clerk of the Court with supporting documentation showing that his suspension from the Supreme Court of California has been terminated. This petition will be determined by the Chief Judge.

**IT IS SO ORDERED.**

DATED: September 24, 2014

BARRY TED MOSKOWITZ, Chief Judge
United States District Court