# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Attorneys Suspended or Disbarred by the State Bar of California, | Case No.: 14MC1093<br><br>**ORDER** |

On September 16, 2014, the Court ordered the following attorneys to show cause why they should not be suspended or disbarred by this Court as a result of being disbarred, suspended, or placed on the inactive list by the State Bar of California:

<u>Suspension:</u>
Romel Ambarchyan (Cal. Bar #245216)
Theodore Shin Lee (Cal. Bar #191848)
Samuel L. Alberstadt (Cal. Bar #186402)
Kristin Kimberly Anton (Cal. Bar #118513)
Eric Hagemans Archer (Cal. Bar #075714)
David Winston Ault (Cal. Bar #044801)
Joaquin Guadalupe Avila (Cal. Bar #056484)
Marie Ann Backes (Cal. Bar #108191)
Jack Balderson, Jr. (Cal. Bar #205058)
Thomas Wayne Banks (Cal. Bar #195006)
Richard A. Bardin (Cal. Bar #036627)
Charles Steven Bargiel (Cal. Bar #063312)
George Lee Baugh III (Cal. Bar #097407)
Mark Lee Baum (Cal. Bar #195674)
Lauren Jennifer Becker (Cal. Bar #176647)
Bruce William Benson (Cal. Bar #131257)
Jeffrey Carson Bersin (Cal. Bar #089131)
Roger Harry Birks (Cal. Bar #094926)

Michael Bishop (Cal. Bar #212335)

Involuntary Inactive Enrollment:
Myava R. Escamilla (Cal. Bar #268834)
Christopher Scott Hammatt (Cal. Bar #222209)
Heather Stearns Ace (Cal. Bar #180943)
Mary Adele Mitchell (Cal. Bar #171245)
Joseph August Nappa (Cal. Bar #106103)
Robert James Ohlweiler (Cal. Bar #117384)
Diane Slivochka Olsavsky (Cal. Bar #199184)
Iwo Ostoja-Lojasiewicz (Cal. Bar #244259)
Kenneth Alexander Ostrown (Cal. Bar #138562)
Lisa Monica Pierce (Cal. Bar #186379)
David Anthony Prestholt (Cal. Bar #108541)
Edward Louis Quevado (Cal. Bar #151321)
Raymond J. Ramsey (Cal. Bar #181974)
Pamela Anne Ratner (Cal. Bar #113798)
Mark Bryson Replogle (Cal. Bar #151200)
Ronald Dean Reynolds (Cal. Bar #120278)
Jennifer Leigh Ricketts (Cal. Bar #276725)
David Michael Rung (Cal. Bar #135291)
John Martin Sanders (Cal. Bar #221885)
Joseph Sclafani (Cal. Bar #134026)
R. Parker Semler (Cal. Bar #147329)
Catherine Maureen Seward (Cal. Bar #261196)
Gregory David Shibley (Cal. Bar #252675)
Tina Marie Sobotta (Cal. Bar #216590)
Mark Christopher Teuton (Cal. Bar #187433)
John Anderson Thomas III (Cal. Bar #103077)
Jeffrey Mark Tillotson (Cal. Bar #139372)
Daniel Matthew Toll (Cal. Bar #106419)
Mark Edward Toth (Cal. Bar #156854)
Benjamin Isadore Tresser (Cal. Bar #161263)
Georgette Alicia Trollman (Cal. Bar #181696)
Alis Elias Troya (Cal. Bar #137908)
Alexander Warren Tucker (Cal. Bar #202794)
Velina Consuelo Underwood (Cal. Bar #171789)
William Frank Vogel (Cal. Bar #119421)
Robert Louis Volz (Cal. Bar #209704)
Kourosh Vossoughi (Cal. Bar #185644)
Karen Elizabeth Watts (Cal. Bar #159317)

None of the listed attorneys have responded. Therefore, the Court orders that the attorneys listed above as being disbarred by the State Bar of California are disbarred from

membership in the bar of this Court. The Court also orders that the attorneys listed above as being suspended or placed on the inactive list by the State Bar of California are suspended from membership in the bar of this court.

Any attorney seeking reinstatement may file a petition with the Clerk of the Court with supporting documentation showing that he or she meets the requirements of Civil Local Rule 83.3.c.1.a. This petition will be determined by the chief judge.

The Clerk of the Court is directed to serve a copy of this order upon each of the listed attorneys at the address indicated in this Court's attorney maintenance records.

**IT IS SO ORDERED.**

Dated: October 24, 2014

BARRY TED MOSKOWITZ, Chief Judge
United States District Court